```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE J05-0014--CV (JWS)
                          "CHERYL WORKMAN V SAFEWAY INC"

              Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/03/05
            Closed: 10/31/05

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (360) Other personal injury
                    28:1332, 1441(A)
            Origin: (2) Removed from State Court
            Demand: 100
        Filing fee: Paid $250.00 on 10/03/05 receipt #
          Trial by: Jury
```

Parties of Record:                              Counsel of Record:

PLF 1.1          WORKMAN, CHERYL                Cheryl Workman
                                                Pro Per
                                                12244 Breckenridge Drive
                                                Eagle River, AK 99577
                                                907-694-3453

DEF 1.1          SAFEWAY INC                    Paul M. Hoffman
                                                Robertson Monagle et al
                                                801 W. 10th Street, Suite 300
                                                Juneau, AK 99801
                                                907-586-3340
                                                FAX 907-586-6818

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE J05-0014--CV (JWS)
                   "CHERYL WORKMAN V SAFEWAY INC"

                       For all filing dates


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 10/03/05
           Closed: 10/31/05

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (360) Other personal injury
                   28:1332, 1441(A)
           Origin: (2) Removed from State Court
           Demand: 100
       Filing fee: Paid $250.00 on 10/03/05 receipt #
         Trial by: Jury


Document #   Filed      Docket text

     1 -  1  10/03/05   DEF 1 Notice of Removal. (1JU-05-707 CI)

     2 -  1  10/03/05   DEF 1 Attorney Appearance by Paul Hoffman.

     3 -  1  10/03/05   DEF 1 Jury Demand.

     4 -  1  10/03/05   DEF 1 Notice of Compliance with 28:146(d).

     5 -  1  10/03/05   DEF 1 Answer to Complaint.

     6 -  1  10/05/05   JWS Minute Order to Petitioner subsequent to removal.

     7 -  1  10/05/05   DEF 1 motion to dismiss w/att memo and affidavit.

     8 -  1  10/12/05   DEF 1 Service List.

     9 -  1  10/17/05   DEF 1 Notice of filing state court records.

    10 -  1  10/17/05   DEF 1 Notice of compliance with 10/5/05 minute order.

    11 -  1  10/28/05   JWS Minute Order granting motion to dismiss (7-1). cc: cnsl

    12 -  1  10/31/05   JWS Judgment that case is dism w/o prej. cc: cnsl, O&J (1/29/05:
                        redistributed w/costs)

    13 -  1  11/08/05   DEF 1 FRCP 7.1 Disclosure Statement.

    14 -  1  11/10/05   DEF 1 Notice of cost bill hearing set for 11/17/05, 1:30 p.m. at Juneau

    15 -  1  11/10/05   DEF 1 Bill of Costs.

    16 -  1  11/14/05   DEF 1 motion for attorney's fees w/att memo.

    17 -  1  11/17/05   JWS Minute Order re: undated letter sent to Judge Sedwick; plf advised
                        that communications w/crt must be in proper form & served on opposing
                        cnsl; if plf seeks relief from judg then she or atty must file mot for
                        relief w/att letter. cc: cnsl


ACRS: R_VDSDX            As of 12/01/05 at 3:59 PM by GARRY                        Page 1
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE J05-0014--CV (JWS)
                                  "CHERYL WORKMAN V SAFEWAY INC"

                                        For all filing dates


Document #    Filed      Docket text

    18 -   1  11/18/05   Clerk's Notice taxing costs in favor of defendent and against plaintiff
                         in amount of $30.54. cc: P. Hoffman, C. Workman

    19 -   1  11/29/05   [Amended] Clerk's Notice taxing costs in favor of defendant and against
                         plaintiff in amount of $280.54. cc: P. Hoffman, C. Workman
```