**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

**AT JUNEAU**

**FILED**

DEC 0 9 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

CHERYL WORKMAN, )
                                                )
                            Plaintiff,          )
        vii.                                    )
                                                )
SAFEWAY, INC.,                                  )
                                                )
                            Defendant.          )    Case No.:  J05 - 0014 CV (JWS)
_____ )

## ORDER

Defendant, Safeway, Inc., having moved for an award for attorney's fees pursuant to D. AK LR 54.3, FRCP R.54(d)(2)(A) and Rule 82 of the Alaska Rules of Civil Procedure following the Judgment docketed by this Court on October 31, 2005, and the Court having reviewed all pleadings submitted;

IT IS HEREBY ORDERED that plaintiff, Cheryl Workman, shall pay defendant, Safeway, Inc., fees in the amount of $ 1,293.00 and this amount shall be entered by the Clerk of Court.

DATED this 7th day of December, 2005.

_____
John W. Sedwick
United States District Judge

LODGED
NOV 1 4 2005

ROBERTSON, MONAGLE & EASTAUGH, P.C.
GOLDBELT PLACE, SUITE 300
801 WEST 10TH STREET
JUNEAU, ALASKA 99801
PHONE: (907) 586-3340

20