IN THE ~~DISTRICT/SUPERIOR~~ UNITED STATES DISTRICT COURT FOR THE ~~STATE~~ DISTRICT OF ALASKA
AT __JUNEAU__

CHERYL WORKMAN, )
                )
       Plaintiff(s), )
vs.            )
                )
SAFEWAY, INC., )
                )          CASE NO. J05-0014 CV (JWS)
       Defendant(s). )
                ) WRIT OF EXECUTION

To Any Officer Serving Process:

__SAFEWAY, INC.__ recovered a
(judgment creditor)
judgment against __CHERYL WORKMAN__
(judgment debtor)
in this court on __OCT. 31, 2005__, in the total amount of $ __1,573.54__.

You are commanded to satisfy the judgment, including interest, costs, and the expenses of execution, with personal property subject to execution and, if sufficient personal property cannot be found, with real property subject to execution belonging to the judgment debtor.

CLERK OF COURT

By: _____
Deputy Clerk
Return to: _____
(court address)

_____
Date

STATEMENT OF AMOUNT DUE as of _____ (date)

Total Judgment          _____

Minus Amt. Paid to
Date on Judgment        - _____                    (SEAL)

   Balance ..................................................  _____

Accrued Interest        _____

Minus Amt. Paid to
Date on Interest        - _____

   Interest Balance ....................................... + _____

Accrued Costs           _____

Minus Amt. Paid to
Date on Costs           - _____

   Costs Balance .......................................... + _____

TOTAL                   _____

                                            Fees for Service
                                            of Process          _____
                                            Amount Collected
                                            on This Execution   _____

CIV-500 (7/03)(st.3)                        Civil Rule 69(a); AS 09.35.030
WRIT OF EXECUTION                           AS 09.38.080; Adm. Bulletin 68