## SERVICE INSTRUCTIONS FOR WRIT OF EXECUTION

PROCESS SERVER __Attorney's Process Service__

Court Case No. __J05-0014 CV (JWS)__

Plaintiff __Cheryl Workman__

Defendant __Safeway, Inc.__

Attorney Firm/Person Requesting Service __Robertson Monagle & Eastaugh (Juneau)__

Phone Number __907-586-3340__   Contact Person __Anne O'Leary__

Mail Address __801 West 10th St, Ste. 300, Juneau, AK 99801__
Street Number, Box Number                              City                    ZIP

### INFORMATION ABOUT THE DEBTOR

Debtor's Name __Cheryl Workman__   Date of Birth __2/11/52__

SSN __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__   ID/Driver's Lic. No. _____   State _____

Home Address __12244 Breckenridge Dr.__   City __Eagle River__

Home Phone __unk.__   Work Phone _____

Name of Employer __unk.__

Work Location _____   City __~~AK~~__

Additional Information _____

### INSTRUCTIONS FOR SERVING WRIT

Documents:
- Writ of Execution (CIV-500)
- Creditor's Affidavit (CIV-505) (if no Notices are being served)

Serve Writ on __Cheryl Workman__

Address __12244 Breckenridge Dr.__   City __Eagle River__   Phone __unk.__

Directions: __Please call or email (pmh secretary @ romea.com) when service is complete.__

### INSTRUCTIONS FOR SERVING NOTICES ON DEBTOR

**The notices are to be served only if property is seized.** No notices are necessary if the PFD is the **only** item being seized or if the debtor is a corporation.

Are the notices being sent to the debtor by certified mail through the court?   ☐ Yes   ☐ No

If "No" is checked, all the following documents are attached and must be served. (Fill in date of Creditor's Affidavit.)

Documents:
- Copy of Creditor's Affidavit (CIV-505) dated _____
- Notice of Levy and Sale of Property and Notice of Right to Exemptions (CIV-510)
- Claim of Exemptions (CIV-515)
- Judgment Debtor Booklet (CIV-511)

CIV-560 (7/92)(cs)
SERVICE INSTRUCTIONS FOR WRIT OF EXECUTION