IN THE ~~DISTRICT/SUPERIOR~~ UNITED STATES DISTRICT COURT FOR THE ~~STATE~~ DISTRICT OF ALASKA
AT JUNEAU

CHERYL WORKMAN, )
)
Plaintiff(s), )
vs. )
)
SAFEWAY, INC., )
) CASE NO. J05-0014 CV (JWS)
Defendant(s). )
) INFORMATION FOR ISSUANCE OF
WRIT OF EXECUTION

I request that the court issue a writ of execution on the judgment in the above-named case.

Amount of Judgment: $1,573.54   Date of Judgment: October 31, 2005

The following payments were received after the judgment was entered:

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| NONE |        |      |        |

Postjudgment Costs:

| Description | Date | Amount |
|-------------|------|--------|
| SERVICE OF PROCESS | 4/6/06 | $45.00 |

Postjudgment interest from Oct. 31, 2005 (date) to April 6, 2006 (date) is:

$1,573.54 (Judgment Amount) × 6.25% (Postjudgment Rate of Interest) ÷ 365 × 157 (No. of Days) = $40.82

[Instructions: If more than one interest calculation is necessary because payments were made after the judgment, attach a separate sheet showing the interest calculations, dates, amounts of payments and how payments were applied to interest, costs and principal.]

April 6, 2006
Date

Signature

PAUL M. HOFFMAN, OF ATTORNEYS FOR SAFEWAY, INC.
Name and Title (please print)

ROBERTSON, MONAGLE & EASTAUGH
801 WEST 10th ST., SUITE 300
Mailing Address

JUNEAU           AK           99801
City             State        ZIP

907-586-3340
Daytime Phone

CIV-501 (3/87)(cs)
INFORMATION FOR ISSUANCE OF WRIT OF EXECUTION