IN THE ~~DISTRICT/SUPERIOR~~ UNITED STATES DISTRICT COURT FOR THE ~~STATE~~ DISTRICT OF ALASKA

AT ___JUNEAU___

CHERYL WORKMAN,

                Plaintiff(s),

vs

SAFEWAY, INC.,

                Defendant(s).

CASE NO. ___J05-0014 CV (JWS)___

**CREDITOR'S AFFIDAVIT**

I, ___SAFEWAY, INC BY PAUL M. HOFFMAN___ upon oath or affirmation and under
(judgment creditor)
penalty of perjury, state as follows:
I have obtained a judgment against ___CHERYL WORKMAN___
in the total amount of $ _1,574,54_ . ___(judgment debtor)___

I [X] will attempt [ ] have attempted to satisfy the judgment by levying against the
following property, which I believe is not exempt and is <u>not</u> property of a type subject to value
limitations under AS 09.38.020:
<u>Description of Property</u>

ALASKAN PERMANENT FUND DIVIDEND 2005

<u>I believe the above listed property is not exempt for the following factual reasons:</u>

___APRIL 6 2006___
Date

___Creditor's Signature___
PAUL M. HOFFMAN, OF ATTORNEYS FOR SAFEWAY, INC.
Creditor's Name (please print)
_801 WEST 10th ST., STE. 300, JUNEAU AK 99801_
Mailing Address    City    State    ZIP

Subscribed and sworn to or affirmed before me at ___Juneau___ , Alaska
on _April 6, 2006_ .
(date)

(SEAL)

**STATE OF ALASKA**
OFFICIAL SEAL
**ANNE O'LEARY**
NOTARY PUBLIC
My Commission Expires 11/16/09

___Anne O'Leary___
Clerk of Court, Notary Public, or other
person authorized to administer oaths.
My commission expires _11/16/09_

CIV-505 (3/87)(st.3)
CREDITOR'S AFFIDAVIT

AS 09.38.080(b)

LODGED
NOV 1 4 2005

**IN THE UNITED STATES DISTRICT COURT**

**FILED**

**FOR THE DISTRICT OF ALASKA**

DEC 0 9 2005

**AT JUNEAU**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

RECEIVED
DEC 1 2 2005
Robertson, Monagle & Eastaugh, P.C.
Juneau, Alaska

CHERYL WORKMAN,                )
                               )
                    Plaintiff, )
          vii.                 )
                               )
SAFEWAY, INC.,                 )
                               )
                    Defendant. )      Case No.: J05 - 0014 CV (JWS)
_____)

**ORDER**

    Defendant, Safeway, Inc., having moved for an award for attorney's fees

pursuant to D. AK LR 54.3, FRCP R.54(d)(2)(A) and Rule 82 of the Alaska Rules of Civil

Procedure following the Judgment docketed by this Court on October 31, 2005, and the

Court having reviewed all pleadings submitted;

    IT IS HEREBY ORDERED that plaintiff, Cheryl Workman, shall pay

defendant, Safeway, Inc., fees in the amount of $ 1,293.00 and this amount shall be

entered by the Clerk of Court.

    DATED this 7th day of December, 2005.

                                    _____
                                    John W. Sedwick
                                    United States District Judge

J05-0014--CV (JWS)    12-9-05
------------------------------------
P. HOFFMAN
C. WORKMAN

ROBERTSON, MONAGLE & EASTAUGH, P.C.
GOLDBELT PLACE, SUITE 300
801 WEST 10TH STREET
JUNEAU, ALASKA 99801
PHONE: (907) 586-3340

20



FILED

OCT 3 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

CHERYL WORKMAN,
     Plaintiff,

                            Case Number J05-0014 CV (JWS)

v.

SAFEWAY, INC.,
     Defendant.         **JUDGMENT IN A CIVIL CASE**

____ **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED:

     THAT this case is dismissed without prejudice.

     THAT Plaintiff Cheryl Workman shall pay to Defendant Safeway Inc $280.54 for taxable costs.

APPROVED:

_____
United States District Judge

_10 - 31 - 05_
Date:

                                _____Ida Romack_____
                                  Clerk of Court

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                              Pamela R. Pitt
                    (By) Deputy Clerk

J05-0014--CV (JWS)    _10-31-05_
------------------------------------------------
✓ P. HOFFMAN
✓ C. WORKMAN                Redistributed 11/29/05 w/costs. 1p
✓ O & J

12