UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **CHERYL WORKMAN,**<br><br>                 Plaintiff,<br><br>    v.<br><br>**SAFEWAY, INC.,**<br><br>                 Defendant. | CASE NO.: J 05-0014CV (JWS)<br><br>AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION |

I, PAUL M. HOFFMAN, hereby state an oath:

1.    A Judgment of dismissal with prejudice was entered on October 31, 2005 at docket #12 of the above-entitled court and action, in favor of judgment creditor SAFEWAY, INC. and against judgment debtor CHERYL WORKMAN and thereafter on November 29, 2005 costs of $280.54 were awarded at docket #19 and on December 7, 2005 fees were awarded to judgment creditor SAFEWAY, INC. at docket #20 in the total amount of $1,293.00.

2.    I am the attorney for said judgment creditor, SAFEWAY, INC., and request issuance of a Writ of Execution on the judgment.

3.    The judgment debtor was not represented by Counsel.

4.    The judgment entered was not a default judgment.

Workman v. Safeway, Inc.
Affidavit & Request for Issuance of Writ of Execution

1

5. ACCRUED since the entry of judgment are the following sums: $44.55 accrued interest, computed at 6¼% per annum, from the 31st day of October 2005 through the 14th day of April 2006, with daily accrual thereafter at the rate of 27¢ per day.

6. CREDIT for payments and partial satisfaction do not apply as judgment debtor has made no payments. $1,573.54, the amount of the original judgment as entered still remains due and bearing interest at 6¼% on the principal amount remaining from time to time.

DATED this 14th day of April, 2006.

ROBERTSON, MONAGLE & EASTAUGH, P.C.

By: _____
Paul M. Hoffman, ABA #7410083
Of Attorneys for Safeway, Inc.

SUBSCRIBED and sworn to before me this 14th day of April, 2006.

_____
Notary Public, State of Alaska
My Commission Expires: 11/16/09

STATE OF ALASKA
OFFICIAL SEAL
ANNE O'LEARY
NOTARY PUBLIC
My Commission Expires 11/16/09

Workman v. Safeway, Inc.
Affidavit & Request for Issuance of Writ of Execution

2