UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHERYL WORKMAN,<br><br>                    Plaintiff,<br><br>       v.<br><br>SAFEWAY, INC.,<br><br>                    Defendant. | CASE NO.: J 05-0014CV (JWS)<br><br>CREDITOR'S AFFIDAVIT |

I, SAFEWAY, INC., judgment creditor, by Paul M. Hoffman, upon oath or affirmation and under penalty of perjury, state as follows:

I have obtained a judgment against CHERYL WORKMAN, judgment debtor, in the total amount of $1,573.54.

I will attempt to satisfy the judgment by levying against the following property, which I believe is not exempt and is <u>not</u> property of a type subject to value limitation under AS 09.38.020:

Description of Property

Alaskan Permanent Fund Dividend 2005.

I believe the above listed property is not exempt for the following factual reasons: pursuant to AS 43.23.065(a) only 20% of the permanent fund dividend payable to an individual is exempt from execution and no other exemption applies.

Workman v. Safeway, Inc.
Writ of Execution

1

DATED this 14th day of April, 2006.

SAFEWAY, INC.

By: _____
Paul M. Hoffman, ABA #7410083
Of Robertson Monagle & Eastaugh
Attorneys for Safeway, Inc.
801 West 10th Street, Ste. 300
Juneau, AK 99801


SUBSCRIBED and sworn to before me at Juneau, Alaska this 14th day of April, 2006.

_____
Notary Public, State of Alaska
My Commission Expires: 11/16/09

[STATE OF ALASKA OFFICIAL SEAL — ANNE O'LEARY, NOTARY PUBLIC, My Commission Expires 11/16/09]

Workman v. Safeway, Inc.
Writ of Execution

2