UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **CHERYL WORKMAN,**<br><br>                 Plaintiff,<br><br>v.<br><br>**SAFEWAY, INC.,**<br><br>                 Defendant. | CASE NO.: J 05-0014CV (JWS)<br><br>**WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On October 31, 2005 a judgment was entered in the docket of the above-entitled court and action, in favor of SAFEWAY, INC. as judgment creditor, and against CHERYL WORKMAN as judgment debtor, for:

    $1,293.00    attorneys fees

    $  280.54    costs

    $1,573.54    JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of Judgment, to-wit:

    $   44.55    accrued interest from the 31st day of October 2005 through the 14th day of April 2006, with daily accrual thereafter at the rate of 27¢ per day.

---

Workman v. Safeway, Inc.
Writ of Execution

1

NO CREDIT should be given for payments or partial satisfaction as no payments have been made by judgment debtor. A net balance of $1,618.09 is actually due on April 14, 2006, the date of the request for issuance of this writ, of which $1,573.54 is due on the judgment as entered, and bears interest at 6¼% per annum in the amount of 27¢ PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

HEREIN FAIL NOT, and have you then and there this writ.

DATED _____

IDA ROMACK,
CLERK OF COURT

By: _____
     Deputy Clerk

ROBERTSON, MONAGLE & EASTAUGH, P.C.
GOLDBELT PLACE, SUITE 300
801 WEST 10TH STREET
JUNEAU, ALASKA 99801
PHONE: (907) 586-3340

Workman v. Safeway, Inc.
Writ of Execution

2