**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Cheryl Workman | **COURT CASE NUMBER** J05-0014CV (JWS) |
| **DEFENDANT** Safeway Inc | **TYPE OF PROCESS** Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Dept. of Revenue Permanent Fund Division

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 616 E St., Anchorage, AK 99501

RECEIVED OCT 20 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Robertson Monagle & Eastaugh
801 W. 10th St., Ste 300
Juneau, AK 99803
Att: P.M. Hoffman

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  #7410083

☐ PLAINTIFF
☑ DEFENDANT

**TELEPHONE NUMBER** 907-586-3340
**DATE** 4/14/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 4-18-06 |

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 4-27-06   Time 1400 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | .89 | | $45.89 | | | |

**REMARKS:** Received check for $885.57

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    **FORM USM-285 (Rev. 12/15/80)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHERYL WORKMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **Case #J05-014CV** |
| SAFEWAY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**U.S. MARSHALS RETURN ON WRIT OF EXECUTION**

I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on the State of Alaska Permanent Fund Dividend office on **August 29, 2006,** by Deputy U.S. Marshal **Ron Dewitt** and that on **April 27, 2006** this office did receive a State of Alaska Treasury Warrant Check No. **57671532** made payable to the Clerk of Court in the amount of **$885.57.**

I hereby return said check to the U.S. District Court partially satisfying this Writ of Execution, dated this 19 day of October, 2006 at Anchorage, Alaska.

                    RANDY M. JOHNSON
                    United States Marshal
                    District of Alaska

            By: _____
                    Deputy U.S. Marshal

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
## BY A COURT WRIT

**To:** State of Alaska
Department of Revenue
Permanent Fund Dividend Division

**From:** U. S. Marshal
222 W 7th Ave #28
Anchorage, AK 99513-7504
Phone (907) 271-5154

*- For PFD Division Use Only -*

PFD Server Code _____

Location _____

Priority _____

☐ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**Case Number**  J - 05 - 0014  C/
(Location Code / Year / Case Number / Case Type)

*Example:* 1JU-02-01234 CI

Case type must be one of the following:
CI (Civil)
CN (Child in Need of Aid)
CP (Children Proceeding)
CR (Criminal)
DL (Delinquency)
DR (Domestic Relations)
DV (Domestic Violence)
PR (Probate)
SC (Small Claims)

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name**  CHERYL WORKMAN

**AKA or Alias**  _____

**Social Security Number**  _____

**Date of Birth**  _____

**Amount of Writ**  $1,618.00/xx

**Service Fee**  $ _____

**Interest to October 15**  $ _____

**Total Due**  $ _____

**Service Agent**

| Signature | Date |
|---|---|
| [signed] | 4-27-06 |
| Printed Name | Title |
|  | DUSM |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

NOL New (1/03)                                    www.pfd.state.ak.us

**1099-MISC**

Payer's Name: State of Alaska
Federal Identification Number:

Case Id: J0514CI
Applicant's Name:
WORKMAN, CHERYL

| Warrant Issue Date: 10/ /2006 | Warrant Amount ........................ $885.57 |

CLERK OF COURT
222 W 7TH AVE #28
ANCHORAGE AK  99513

PFD ALN: 06494271

**Funding for PFD dividends comes from:**
- Permanent Fund earnings:
  - Constitutional dedication of funds    $400.13
  - Legislative action:
    - Statutory inflation proofing    434.42
    - Special legislative appropriations    308.67
- Reimbursements to the Dividend Fund    0.09
- Unexpended prior year Dividend Funds    12.93

**Total Gross Dividend**    **$1156.24**

**The Total Gross Dividend has been reduced for:**
- Medical and Public Assistance hold harmless provisions of AS 43.23.075    -$21.39
- Legislative appropriation of convicted and incarcerated felon and misdemeanant dividends    -13.95
- Dividend program administrative costs    -11.13
- Prior year dividend obligations    -2.81

**Net Dividend**    **$1106.96**

An individual is not eligible for a dividend when, during all or part of the calendar year immediately preceding that dividend year, the individual was:

- convicted of a felony
- incarcerated as a result of a conviction of a felony; or
- incarcerated as a result of a conviction of a misdemeanor if the individual was convicted of a prior felony or two or more prior misdemeanors.

**Total funds that would have been paid as 2005 dividends to individuals not eligible under this provision were $8,406,009.**

**The legislative purpose for making these individuals not eligible to receive a dividend is to:**

- obtain reimbursement for some of the costs imposed on the state criminal system relating to incarceration or probation; and
- provide funds for services for and payments to crime victims, and for grants for the operation of domestic violence and sexual assault programs.

**Total funds appropriated for FY 2007 under this purpose are:**

| | |
|---|---:|
| • Department of Corrections | $4,552,400 |
| • Council on Domestic Violence and Sexual Assault | 2,777,500 |
| • Violent Crimes Compensation Board | 782,400 |
| • Office of Victims' Rights | 293,700 |
| **Total appropriations** | **$8,406,000** |

Dividend Information Offices - Anchorage (907) 269-0370 / Fairbanks (907) 451-2820 / Juneau (907) 465-2326 / Inside Alaska 1-800-733-8813

```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

       #  00129136  -  PS
       October 20, 2006


   Code    Case #    Qty      Amount

   604700-R J0-5-14           885.57 CK


   TOTAL→              885.57



   FROM: STATE OF ALASKA RE: PFD
         FOR CHERYL WORKMAN
         1:05-CV-00014 JWS
```