IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHERYL WORKMAN,<br><br>                    Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.,<br><br>                    Defendant. | <br><br><br><br><br><br><br><br>CASE NO.: J05-0014 (JWS) |

NOTICE OF CHANGE OF ADDRESS

Please note the following change of address for the law firm of Robertson, Monagle & Eastaugh, P.C., and Paul M. Hoffman. Please direct all pleadings and other communications in this matter to Mr. Hoffman at:

> Robertson, Monagle & Eastaugh
> 9360 Glacier Hwy., Ste. 202
> Juneau, Alaska  99802

We will no longer be receiving mail at our previous address.

DATED: November 3, 2006

ROBERTSON, MONAGLE & EASTAUGH

_____
Paul M. Hoffman, ABA #7410083
Attorneys for Safeway, Inc.

**Certificate of Service**

On the 3 day of November 2006 a true and correct copy of the within Notice of Change of Address was served on the following party of record via U.S. First Class Mail, postage pre-paid

Cheryl Workman
12244 Breckenridge Dr.
Eagle River, AK 99577

_Anne O'Leary_
Anne O'Leary