**ROBERTSON, MONAGLE & EASTAUGH**
9360 Glacier Hwy., Ste. 202
Juneau, Alaska 99801
Phone: 907-586-3340
Fax:    907-586-6818
E-mail: pmhoffman@romea.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **CHERYL WORKMAN,**<br><br>                    Plaintiff,<br><br>     vs.<br><br>**SAFEWAY, INC.,**<br><br>                    Defendant. | CASE NO. 1:05-cv-00014 (JWS)<br><br><br>**DEFENDANT'S MOTION TO RELEASE ATTACHED PFD FUNDS** |

       Defendant, Safeway, Inc., moves this Court to release funds currently held in the Court's Registry.

       1.      On or about April 17, 2006, a Writ of Execution pursuant to Alaska Statute 43.23.065 was entered in this action attaching defendant's Alaska Permanent Fund dividend payment for 2006.

       2.      Alaska Statute 43.23.065(d) frees plaintiff from the service requirement of notifying the debtor of the writ.  The Alaska Department of Revenue automatically notifies the debtor of attached PFD funds at the time the funds are turned over to the Court.

3.      Pursuant to execution of the Writ, on or about October 19, 2006, dividend monies from the State of Alaska in the amount of $885.57 were deposited into the Registry of this Court.

4.      More than thirty (30) days have elapsed since the State notified the defendant of his/her right to object.  To date, no objection has been filed.  Defendant's right to object is now in default.

WHEREFORE, plaintiff hereby requests that the attached funds in the amount of $885.57 currently held in the Court's Registry be released by check made payable to Robertson, Monagle & Eastaugh, as attorneys for Safeway, Inc. herein, as payment toward Defendant's judgment debt.

RESPECTFULLY SUBMITTED this 20th day of November 2006 at Juneau, Alaska.

ROBERTSON, MONAGLE & EASTAUGH, P.C.


By:    /s/ Paul M. Hoffman
          Paul M. Hoffman, ABA #7410083
          Of Attorneys for Safeway, Inc.

## Certificate of Service

On the 20th day of November 2006 the within Motion to Release Attached PFD Funds and Proposed Order to Release Attached PFD Funds were filed with the Court via ECF and true copies of same were served on the following party of record via U.S. First Class Mail, postage pre-paid:

Cheryl Workman
12244 Breckenridge Dr.
Eagle River, AK  99577


    /s/  Anne O'Leary
           Anne O'Leary