**ROBERTSON, MONAGLE & EASTAUGH**
9360 Glacier Hwy., Ste. 202
Juneau, Alaska  99801
Phone: 907-586-3340
Fax:     907-586-6818
E-mail: pmhoffman@romea.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| **CHERYL WORKMAN,**<br><br>                     Plaintiff,<br><br>     vs.<br><br>**SAFEWAY, INC.,**<br><br>                     Defendant. | CASE NO. 1:05-cv-00014 (JWS)<br><br>**PROPOSED ORDER TO RELEASE ATTACHED PFD FUNDS** |
|---|---|

    Defendant's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

    The Clerk of Court shall release the attached funds currently held in the Registry, in the amount of $885.57, by check made payable to Robertson, Monagle & Eastaugh as attorneys for Defendant Safeway, Inc. as payment toward Defendant's judgment debt.

    IT IS SO ORDERED.


DATED:_____          _____
                                                                                   U.S.D.J.