IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHERYL WORKMAN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SAFEWAY, INC.,<br><br>　　　　　　Defendant. | CASE NO. 1:05-cv-00014 (JWS)<br><br>ORDER TO RELEASE<br>ATTACHED PFD FUNDS |

　　　Defendant's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

　　　The Clerk of Court shall release the attached funds currently held in the Registry, in the amount of $885.57, by check made payable to Robertson, Monagle & Eastaugh as attorneys for Defendant Safeway, Inc. as payment toward Defendant's judgment debt.

　　　IT IS SO ORDERED.

DATED:  11/27/06　　　　　　　　　　　　/s/JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　　　U.S. District Chief Judge